UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:24-cv-80288-KAM

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**FIRST WATCH RESTAURANTS, INC.,**
**a Florida for-profit corporation**,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ ("Plaintiff"), and Defendant FIRST WATCH RESTAURANTS, INC. ("Defendant"), by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this action in its entirety *with prejudice,* with each party to bear its/his own attorney's fees, costs, and expenses.

Dated:  July 24, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com |
| By    *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By     *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**BAKER & HOSTETLER LLP**
Counsel for Defendant
200 South Orange Ave.,
Suite 2300
Orlando, FL 32801
T. 407/649-4000
Email: jacox@bakerlaw.com

By ___/s/ *Joyce Ackerbaum Cox*_____
      JOYCE ACKERBAUM COX
      Fla. Bar No.: 0090451